✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-054-JCM-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| SHANNON ANDERSON, | |
| Defendant. | |

Presently before the court is the matter of U.S.A. v. Shannon Anderson.

A hearing regarding Ms. Anderson's supervised release is scheduled for June 12, 2012. Ms. Anderson will admit to the violations contained in paragraphs numbered 1, 3, 4, and 6 in the petition (See Docket No. 6) and in exchange for her admissions, the defense, the United States Probation Officer and the Assistant United States Attorney recommend to the Court that Ms. Anderson's supervised release be modified to include the following conditions:

**Reside in Residential Re entry Center** - You shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer. If you test positive for alcohol/a controlled substance or violate the conditions of C.A.R.E. program, you will be taken into custody for a minimum custodial period of seven days. Additionally, you shall refrain from the use and possession of any synthetic/designer drug or any mind and/or body altering substance. Use or possession of any of these synthetic/designer drugs will result in your termination from the C.A.R.E. program.

**Medication Restriction**: You shall refrain from the use and possession of any narcotic based medication, whether prescribed or not.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant SHANNON ANDERSON reside in a residential re-entry center beginning on June 14, 2012 and abide by the following conditions:

**Reside in Residential Re entry Center** - You shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer. If you test positive for alcohol/a

1

controlled substance or violate the conditions of C.A.R.E. program, you will be taken into custody for a minimum custodial period of seven days. Additionally, you shall refrain from the use and possession of any synthetic/designer drug or any mind and/or body altering substance. Use or possession of any of these synthetic/designer drugs will result in your termination from the C.A.R.E. program.

**Medication Restriction**: You shall refrain from the use and possession of any narcotic based medication, whether prescribed or not.

DATED:   June 12, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE

2